O

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS RODRIGUEZ,<br>Petitioner,<br>v.<br>SENIOR WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-01483-CAS-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

///

///

///

(2) a writ of habeas corpus be issued requiring Petitioner Carlos Rodriguez's (A# 025-427-081) release from Respondents' custody unless he is afforded a new *Rodriguez* bond hearing within seven (7) days;[1] and (3) that Respondents file a status report within ten (10) calendar days from the date of this order confirming compliance with this order.

Dated: September 3, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE

[1] Nothing in this order precludes Petitioner from seeking a continuance of the bond hearing consistent with applicable Immigration Court rules.