JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS RODRIGUEZ,<br>Petitioner,<br>v.<br>JAMES JANECKA et al.,<br>Respondents. | Case No. 5:26-cv-01483-CAS-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: September 3, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE